IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY C. MCDADE, | ) | 8:14CV98 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY | ) | |
| CORRECTIONAL CENTER, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On June 9, 2014, the Clerk of the court sent an Order to Plaintiff at his last known address in Case Number 8:14CV133. (Case No. 8:14CV133 at Filing No. 9.) On June 16, 2014, the Order was returned to the court as undeliverable, and no forwarding information was provided. (Case No. 8:14CV133 at Filing No. 10.) Accordingly, on June 17, 2014, the court ordered Plaintiff to apprise the court of his current address in this case. (Filing No. 9.) In its Memorandum and Order, the court cautioned Plaintiff that failure to update his address by July 7, 2014, would result in dismissal of this matter without further notice. (*Id.*) Plaintiff has not responded to this court's Memorandum and Order and has not updated his address with the court.

IT IS THEREFORE ORDERED that: This action is dismissed without prejudice, and a separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 21st day of July, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.